UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CESAR R. MOREIRA,

                                    **Plaintiff,**

                    -against-

THE STOP & SHOP SUPERMARKET
COMPANY LLC,

                                    **Defendant.**

**1:26-cv-02578 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On April 6, 2026, Plaintiff filed a letter motion for leave to file a motion to remand or to have the Court hold a pre-motion conference on the issue. *See* ECF No. 6. On April 8, 226, this Court issued an Order to Show Cause as to why this case should not be remanded for failure to remove in a timely fashion pursuant to § 1446(b). *See* ECF No. 8. Defendant submitted its response on April 13, 2026, and Plaintiff filed its response on April 14, 2026. *See* ECF Nos. 9, 10.

The Court hereby **ORDERS** the parties to submit letter briefs not to exceed three pages addressing the following cases:

*Anguiano v. Vukovojac*, No. 21-CV-7523 (RA), 2021 U.S. Dist. LEXIS 2444497, *2 (S.D.N.Y. Dec. 22, 2021).

*Jimenez-Castro v. Greenwich Ins. Co.*, No. 20-cv-09210 (ALC), 2020 U.S. Dist. LEXIS 236018, at *4 (S.D.N.Y. Dec. 15, 2020)

*Reid v. Anthony D. Blair & Blackwater Enter.*, 2022 U.S. Dist. LEXIS 77607, at *2 (S.D.N.Y. Apr. 28, 2022)

The parties should also address why they did not cite any of these cases in the first instance. The

parties letter briefs are due by **April 28, 2026.**


**SO ORDERED.**

**Dated:**    **April 24, 2026**
          **New York, New York**

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**